Order filed November 3, 2016



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00800-CV
_____

## PAUL MCDERMOTT, WILLIE MCDERMOTT AND TERENCE MCDERMOTT, Appellants

## V.

## HARRIS COUNTY, ET AL, Appellees

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-34654**

# O R D E R

This is an appeal from a judgment signed June 3, 2016. Appellants timely filed a post judgment motion. The notice of appeal was due September 1, 2016. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on September 15, 2016, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997).

Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal on or before **November 14, 2016**. *See* Tex. R. App. P. 26.3, 10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM